

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

April 16, 2021

**VIA ECF**

Hon. Gary S. Feinerman
United States District Judge
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: *U.S. v. Robert Rollins,* **99-CR-771**

Dear Judge Feinerman:

    I write to inform the Court that we have spoken with Mr. Rollins about the issues raised in his most recent submissions (DE 263 and DE 265). We have also reached out to the government, and are trying to resolve these concerns administratively before requesting assistance from the Court.

    As such, we hereby withdraw any requests for relief made in the *pro se* letters docketed on April 9 and April 16 (DE 263 and DE 265), to the extent not already addressed by the Court's Minute Entry from April 12, 2021 (DE 264), denying such requests without prejudice. If it becomes necessary at a later date, Mr. Rollins will file any requests for relief with the Court through counsel, in accordance with the Court's directives.

Respectfully submitted,

/s/ John Gleeson
John Gleeson
jgleeson@debevoise.com
919 Third Avenue
New York, New York 10022
(212) 909-6000
*Counsel to Robert Rollins*

cc:    All counsel of record (*via ECF*)